DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JAMES LAMBERTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1415

————————————————

February 20, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Blair Allen, Public Defender, and Anthony W. Surber, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.